# EXHIBIT 2

*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

June 5, 2007

Washington Mutual Bank,FA
Attn: Frederick Chege
2 Adams Place
Suite 300/USMAIL
Quincy, MA 02169

**Re: Notice of Rescission by Nestor Castano of 21 Terrace Ave., Pawtucket, RI 02880**
**Loan Number: 03-2380-068468426-9; Closing Date: 10/29/04**

To Whom It May Concern:

I represent Nestor Castano concerning the mortgage loan transaction he entered into with Washington Mutual Bank,FA on October 29, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Castano was not given the appropriate number of copies of the notice of right to cancel in the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.23.

The security interest held by Washington Mutual Bank,FA on the Castano's property located at 21 Terrace Ave., Pawtucket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Nestor Castano,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Nestor Castano