# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NESTOR CASTANO,
Plaintiff

v. C.A. No. 07-382S

WASHINGTON MUTUAL BANK, FA,
Defendant

## ANSWER

Now comes Washington Mutual Bank, f/k/a Washington Mutual Bank, FA ("Defendant"), and hereby answers the Complaint as follows:

## INTRODUCTION

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint and therefore leaves Plaintiff to his proof. To the extent that Plaintiff alleges any wrongdoing by Defendant, Defendant denies the same.

## JURISDICTION AND VENUE

2. Admitted that this Court has subject matter jurisdiction.

3. Admitted that this District is the correct venue.

## PARTIES AND FACTS

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Complaint and therefore leaves Plaintiff to his proof.

5. Admitted that on or about October 29, 2004, Plaintiff obtained a loan from Defendant which was secured by a mortgage on 21 Terrace Avenue, Pawtucket, RI 02880. Defendant is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 5 of Plaintiff's Complaint concerning the actual use of the loan proceeds or where Plaintiff's residence is and therefore leaves Plaintiff to his proof.

6. Admitted that Plaintiff received or signed all of the listed documents. Defendant denies that the attached Exhibit 1 is a true and accurate copy of the Notice of Right to Cancel provided to Plaintiff at the closing of the subject loan.

7. Defendant admits that Plaintiff attempted to exercise his purported right to rescind the loan on or about June 5, 2007.

**DEFENDANT**

8. Denied as written. Defendant is a federally-chartered savings institution with commercial locations throughout parts of the United States, without a physical location in all United States, and does business in Rhode Island.

9. Admitted.

10. Paragraph 10 of Plaintiff's Complaint is a legal conclusion to which no response is required.

**COUNT I – TRUTH IN LENDING ACT**

11. Defendant restates and realleges paragraphs 1 through 10 as if more fully stated herein.

12. Paragraph 12 of Plaintiff's Complaint is a legal conclusion to which no response is required. Moreover, 15 U.S.C. § 1635 speaks for itself and is the best evidence of the terms thereof.

13. Paragraph 13 of Plaintiff's Complaint is a legal conclusion to which no response is required. Moreover, 12 C.F.R. § 226.23 speaks for itself and is the best evidence of the terms thereof.

**DEFECTIVE NATURE OF DISCLOSURES**

14. Denied.

15. Denied.

16. Denied.

17. Admitted that Plaintiff provided Defendant with notice of his purported right to rescind. Defendant denies that it "ignored" this notice as Plaintiff was and is without the right to rescind.

18. Paragraph 18 of Plaintiff's Complaint is a legal conclusion to which no response is required. Moreover, 15 U.S.C. § 1635(g) speaks for itself and is the best evidence of the terms thereof.

WHEREFORE, Defendant prays that this Honorable Court deny the relief requested by Plaintiff, dismiss the Complaint, award it its fees and costs and grant such other and further relief as is just.

**AFFIRMATIVE DEFENSES:**

1. The Plaintiff fails to state a cause of action for which relief can be granted.

2. If Plaintiff suffered any damages, which Defendant denies, his claims to relief are barred because such damages are a result of the conduct of another or others for whom Defendant is not responsible.

WASHINGTON MUTUAL BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Thomas J. Enright ___________________
Thomas J. Enright (#7356)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1910 FAX

DATED: January 8, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON JANUARY 8, 2008 A COPY OF THE FOREGOING ANSWER OF DEFENDANT WASHINGTON MUTUAL BANK WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

/s/ Thomas J. Enright ____________________



954608_1/2678-112