# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NESTOR CASTANO,<br>Plaintiff | |
| v. | C.A. No. 07-382S |
| WASHINGTON MUTUAL BANK, FA,<br>Defendant | |

## ASSENTED-TO MOTION TO EXTEND THE PRE-TRIAL ORDER DEADLINES

Now comes Defendant, Washington Mutual Bank, f/k/a Washington Mutual Bank, FA ("WaMu"), and hereby respectfully moves to Extend the Pre-trial Order Deadlines. This motion has been assented-to by counsel for Plaintiff. As grounds for this motion, WaMu states as follows:

1. Plaintiff commenced this action on October 12, 2007. Plaintiff has brought a Truth in Lending Act action seeking rescission and damages.

2. Defendant answered the Complaint on January 8, 2008.

3. On February 14, 2008, the Plaintiff and WaMu appeared before this Court for a Rule 16 conference. At said conference procedural deadlines were set.

4. On March 19, 2008, a settlement conference was held before Magistrate Judge Lovegreen.

5. On April 15, 2008, the deposition of the relevant closing office was held. At said deposition, additional information was discovered by the parties.

6. On May 9, 2008, Plaintiff moved to amend his Complaint to include an additional allegation as a result of the new information discovered at the deposition.

7. On May 29, 2008, Plaintiff's Motion for Leave to Amend was granted by this Court.

8. On May 30, 2008, Plaintiff filed his Amended Complaint.

9. Defendant is currently preparing a response to the Amended Complaint and anticipates filing one shortly hereafter.

10. WaMu has responded to requests for admissions and requests for production of documents and is in the process of signing its responses to interrogatories.

11. WaMu's request for production of documents is currently outstanding.

12. The deadline to complete discovery have since passed; the deadline to file dispositive motions is June 30, 2008, and pre-trial memoranda are due July 6, 2008.

13. The parties are now ending the discovery process but agree an additional period of time is needed to complete discovery.

14. Both parties in this case have assented to this motion and, as such, the Court's allowance of this motion will not cause any party undue prejudice, delay, or expense.

15. This is the first such request for an extension of the deadlines set forth in the Pre-trial Order.

16. The schedules of counsel and time necessary to complete written discovery and depositions require additional time to complete discovery.

17. The parties respectfully request that this Court grant an extension of all deadlines set forth in the Pre-Trial Order such that: discovery will close 60 days from the date of the order granting this Motion; dispositive motions will be due 90 days from the date of the order granting this Motion; any pre-trial memoranda will be due 30 days from the decision on any such dispositive motion or if no dispositive motion is filed, 90 days from the date of the order granting this Motion.

WHEREFORE, WaMu respectfully requests, and Plaintiff assents, to the relief requested, that this Honorable Court allow its Motion to Extend the Pre-trial Order Deadlines.

WASHINGTON MUTUAL BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Thomas J. Enright
Thomas J. Enright (#7356)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1910 FAX

DATED: June 26, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON JUNE 26, 2008 A COPY OF THE FOREGOING MOTION TO EXTEND WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

/s/ Thomas J. Enright