# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NESTOR CASTANO,<br>Plaintiff<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br>Defendant | C.A. No. 07-382S |

## ANSWER TO FIRST AMENDED COMPLAINT

Now comes Washington Mutual Bank, f/k/a Washington Mutual Bank, FA ("Defendant"), and hereby answers the First Amended Complaint as follows:

## INTRODUCTION

1. Defendant admits that Plaintiff has attempted to state causes of action against Defendant as detailed in paragraph 1 of the Complaint, but denies that such claims are proper and further denies that Defendant committed any wrongdoing or that Plaintiff is entitled to any of the relief sought in the Complaint.

## JURISDICTION AND VENUE

2. Admitted that this Court has subject matter jurisdiction based upon the allegations in the Complaint, but denied that any of the claims are properly raised against Defendant.

3. Admitted that venue in this District is proper, but denies that Defendant resides in this District, as pursuant to 12 U.S.C. § 1464(x), Defendant's "domiciliary" is Nevada, where its home office is located.

## PARTIES AND FACTS

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Complaint and therefore leaves Plaintiff to his proof.

5. Admitted that on or about October 29, 2004, Plaintiff obtained a loan from Defendant which was secured by a mortgage on 21 Terrace Avenue, Pawtucket, RI 02880. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint concerning the actual use of the loan proceeds or where Plaintiff's residence is and therefore leaves Plaintiff to his proof.

6. Admitted that Plaintiff received or signed all of the listed documents.

7. Denied.

8. Denied.

9. Defendant admits that Plaintiff attempted to exercise his purported right to rescind the loan on or about June 5, 2007.

**DEFENDANT**

10. Denied as written. Defendant is a federally-chartered savings institution with commercial locations throughout parts of the United States, having a home office in Henderson, Nevada, pursuant to 12 U.S.C. § 1464(x), and doing business in Rhode Island.

11. Admitted.

12. Paragraph 12 of Plaintiff's Complaint is a legal conclusion to which no response is required.

**COUNT I – TRUTH IN LENDING ACT**

13. Defendant restates and realleges paragraphs 1 through 12 as if more fully stated herein.

14. Paragraph 14 of Plaintiff's Complaint is a legal conclusion to which no response is required. Moreover, 15 U.S.C. § 1635 speaks for itself and is the best evidence of the terms thereof.

15. Paragraph 15 of Plaintiff's Complaint is a legal conclusion to which no response

is required. Moreover, 12 C.F.R. § 226.23 speaks for itself and is the best evidence of the terms thereof.

## DEFECTIVE NATURE OF DISCLOSURES

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Admitted that Plaintiff provided Defendant with notice of his purported right to rescind. Defendant denies that it "ignored" this notice as Plaintiff was and is without the right to rescind.

21. Paragraph 21 of Plaintiff's Complaint is a legal conclusion to which no response is required. Moreover, 15 U.S.C. § 1635(g) speaks for itself and is the best evidence of the terms thereof.

WHEREFORE, Defendant prays that this Honorable Court deny the relief requested by Plaintiff, dismiss the Complaint, award it its fees and costs and grant such other and further relief as is just.

## AFFIRMATIVE DEFENSES:

1. The Plaintiff fails to state a cause of action for which relief can be granted.

2. If Plaintiff suffered any damages, which Defendant denies, his claims to relief are barred because such damages are a result of the conduct of another or others for whom Defendant is not responsible.

WASHINGTON MUTUAL BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Thomas J. Enright
Thomas J. Enright (#7356)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900/(401) 681-1910 FAX

DATED: July 16, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JULY 16, 2008 A COPY OF THE FOREGOING ANSWER OF DEFENDANT WASHINGTON MUTUAL BANK WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

/s/ Thomas J. Enright