**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NESTOR CASTANO** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. 07-382S** |
| **VS.** | : | |
| | : | |
| **WASHINGTON MUTUAL BANK, FA** | : | |
| | : | |
| **Defendant** | : | |

**ASSENTED TO MOTION TO CONTINUE THE TRIAL CALENDAR CALL**

The undersigned requests that the matter be removed from the Trial Calendar due to the unexpected death of the Plaintiff on September 9, 2008. Under the circumstances, the request for continuance is clearly justified. The undersigned will need sufficient time to speak with the decedent's wife so as to substitute her as the Plaintiff's representative and a necessary party to this litigation. The Defendant does not oppose this request.

**WHEREFORE**, the undersigned prays that the Motion to remove the matter from the Trial Calendar be granted.

Nestor Castano
By his attorney,

/s/Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862
(401)728-6060
Bar #629056
chris@lefebvrelaw.com

**CERTIFICATE OF SERVICE**

I, Christopher M. Lefebvre, hereby certify that on September 12, 2008, a true and correct copy of the foregoing documents Assented Motion to Continue the Trial Calendar Call was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent by e-mail or via U.S. Mail to those parties not registered with the court's electronic filing system.

/s/ Christopher M. Lefebvre